# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CASEY LUCZAK,

        Plaintiff,                  Case No. 2:13-cv-02362-JCM-CWH

vs.                                      **ORDER**

DAVID J. FARNHAM,

        Defendant.

      This matter is before the Court on Plaintiff's Motion in Advisement (#1), filed December 31, 2013.

      Plaintiff is incarcerated. By way of the motion, he seeks permission to file a complaint. Plaintiff did not pay the filing fee when he filed this motion. Thus, it appears he intends to proceed *in forma pauperis*. However, he has not submitted an application to do so, and he has not submitted the certified funds report from the institution wherein he is incarcerated. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Special Rule ("LSR") 1-2, Plaintiff <u>must</u> submit the necessary application and institutional certification before he is permitted to proceed *in forma pauperis*. Assuming he is approved to proceed as such, his complaint must also be screened.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion in Advisement (#1) is **granted** to the extent he requests the required forms to proceed *in forma pauperis*. The Clerk shall send Plaintiff a blank application for an incarcerated individual to proceed *in forma pauperis* pursuant to LSR 1-2. The motion is **denied** in all other respects.

      **IT IS FURTHER ORDERED** that Plaintiff shall have until **Friday, January 31, 2014** to

1  file his application/petition to proceed *in forma pauperis*.  FAILURE TO DO SO WILL RESULT
2  IN A RECOMMENDATION THAT PLAINTIFF'S CASE BE DISMISSED.
3      DATED: January 2, 2014.

                                                _____
                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**