UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CASEY LUCZAK,

        Plaintiff(s),

v.

DAVID J. FARNHAM,

        Defendant(s).

2:13-CV-2362 JCM (CWH)

**ORDER**

Presently before the court is Magistrate Judge Hoffman's report and recommendation. (Doc. # 4). The magistrate recommends that plaintiff's complaint (doc. # 1) be dismissed for failure to state a claim. No objections to the report and recommendation have been filed and the deadline in which to object has expired.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate

**James C. Mahan**
**U.S. District Judge**

1 judge's report and recommendation where no objections have been filed. *See United States v.*
2 *Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the
3 district court when reviewing a report and recommendation to which no objections were made); *see*
4 *also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's
5 decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any
6 issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's
7 recommendation, then this court may accept the recommendation without review. *See, e.g.*,
8 *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation
9 to which no objection was filed).

10 Nevertheless, this court finds it appropriate to engage in a de novo review to determine
11 whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation
12 and underlying briefs, this court finds good cause appears to ADOPT the magistrate's findings in
13 full.

14 Accordingly,

15 IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the report and
16 recommendation (doc. # 4) be, and the same hereby are, ADOPTED in its entirety.

17 IT IS FURTHER ORDERED that plaintiff's complaint (doc. # 1) be, and the same hereby
18 is, DISMISSED. The clerk shall enter judgment accordingly and close the case.

19 DATED April 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -